```
 1   John T. Kendall
     Trustee
 2   2411 Santa Clara Ave.
     Suite 12
 3   Alameda, Ca.  94501
     510-864-1300
 4

 5

 6

 7
                     UNITED STATES BANKRUPTCY COURT
 8                   NORTHERN DISTRICT OF CALIFORNIA

 9   IN RE:                      )    CASE NO.  03-42660 LJT7
                                 )
10   OPSYS U.S. CORPORATION,     )    CHAPTER 7
                                 )
11                               )    APPLICATION
                     Debtor.     )    ALLOWING JOHN T. KENDALL
12   _____)    TO CHECK OUT CLAIMS

13

14        I, JOHN T. KENDALL, Trustee of the above named case, hereby

15   petition the court for authority to check out claims filed in this

16   case.

17        Records shall be in my possession from _____2/08/06_____

18   to ____3/01/06_____. While the records are in my possession I am

19   responsible and liable for their safe keeping, and I am answerable

20   for any falsification, destruction, loss or other act which would

21   destroy or alter the records in any manner.

22

23   Dated: ___2/03/06_____        JOHN T KENDALL_____
                                   JOHN T. KENDALL, Trustee
24                                 Oakland 701 Kendall

25

26

27

28
```