ERIC A. NYBERG, ESQ. (Bar No. 131105)
KORNFIELD, PAUL & NYBERG, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for John T. Kendall, Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**<br><br>**OPSYS U.S. CORPORATION,**<br><br>Debtor. | **Case No. 03-42660 T7**<br>**Chapter 7**<br><br>**STIPULATION RE: ALLOWANCE OF CLAIM** |

**IT IS HEREBY STIPULATED** by and between John T. Kendall, Chapter 7 Trustee of the bankruptcy estate of Opsys U.S. Corporation ("Trustee") and Creditor IOS Capital, Inc. ("IOS") by and between their respective attorneys of record as follows:

1. The Parties agree that Claim No. 42 filed on July 29, 2003 on behalf of IOS in the amount of $17,412.00, which was filed as a partially unsecured and partially secured claim, shall replace Claim No. 2 filed on July 11, 2003 by IOS.

**IT IS FURTHER STIPULATED AND AGREED BETWEEN THE PARTIES** that Claim No. 42 shall be fully allowed as a general unsecured claim in the Opsys U.S. Corporation case.

Stipulation Re: Allowance of Claim

| | | |
|---|---|---|
| 1 | Dated: April 12, 2006 | KORNFIELD, PAUL & NYBERG, P.C. |
| 2 | | |
| 3 | | By: Eric A. Nyberg   /s/ |
| 4 | | (Bar No. 131105)<br>Attorneys for John T. Kendall, Trustee |
| 5 | | |
| 6 | | |
| 7 | Dated: April    , 2006 | HEMAR, ROUSSO & HEALD, LLP |
| 8 | | |
| 9 | | By: Jordan D. Cook   /s/ |
| 10 | | (Bar No. 3553-20030989)<br>Attorneys for Creditor IOS Capital, Inc. |

**Kornfield, Paul & Nyberg, P.C.**
1999 Harrison Street, Suite 800
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669