ERIC A. NYBERG, ESQ. (Bar No. 131105)
KORNFIELD, PAUL & NYBERG, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for John T. Kendall,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re** | **Case No. 03-42660 LT** |
| **OPSYS U.S. CORPORATION,** | **Chapter 7** |
| Debtor. | **STIPULATION RE: ALLOWANCE OF CLAIM** |

**IT IS HEREBY STIPULATED** by and between John T. Kendall, Chapter 7 Trustee of the bankruptcy estate of Opsys U.S. Corporation, (the "Trustee") and Pentalpha Macau Commercial Offshore Limited ("Pentalpha") by and through their respective attorneys of record as follows:

## RECITALS

**WHEREAS**, the Trustee is the duly appointed, qualified and acting Chapter 7 Trustee of the bankruptcy estate of Opsys U.S. Corporation, Case No. 03-42660 LT.

**WHEREAS**, on October 7, 2003, Pentalpha filed claim no. 91 in the total amount of $346,660.10.

**WHEREAS**, Pentalpha asserts that $75,811.56 of its claim no. 91 should be allowed as a priority claim pursuant to 11 U.S.C. § 507(a)(4).

Stipulation Re: Allowance of Claim

**WHEREAS**, the parties wish to resolve any disputes between and regarding the amount and allowance of Pentalpha's claim and enter into the following stipulation.

## STIPULATION

1. Pentalpha's claim no. 91 will be allowed as follows:

   a) a priority claim in the amount of $16,000; and

   b) a general unsecured claim in the amount of $330,660.10.

Dated: January 31, 2007      KORNFIELD, PAUL & NYBERG, P.C.

By: Eric A. Nyberg /s/
(Bar No. 131105)
Attorneys for Trustee, John T. Kendall

Dated: January 31, 2007      SQUIRE, SANDERS & DEMPSEY LLP

By: Penn Ayers Butler /s/
(Bar No. 56663 )
Attorneys for Creditor, Pentalpha Macau Commercial Offshore Limited

Kornfield, Paul & Nyberg, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669