Entered on Docket
March 08, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: March 07, 2007

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**

ERIC A. NYBERG, ESQ.
(Bar No. 131105)
KORNFIELD, PAUL & NYBERG, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for John T. Kendall,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**In re**                                    Case No. 03-42660 LT
                                             Chapter 7
**OPSYS U.S. CORPORATION,**

                        Debtor.              **ORDER APPROVING TRUSTEE'S
                                             COMPROMISE OF CONTROVERSY**

The Court having read and considered the motion of John T. Kendall, Chapter 7 Trustee of the bankruptcy estate of Opsys U.S. Corporation for an order approving compromise of controversy entered into between the Trustee and Sunnyside Development Company, LLC and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the compromise of controversy entered into between John T. Kendall and Sunnyside Development Company, LLC is hereby approved, and the Trustee is authorized to execute any documents reasonably necessary to effectuate the compromise.

***END OR ORDER***

Order Approving Trustee's Compromise of Controversy

COURT SERVICE LIST

U. S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5202

Eric A. Nyberg, Esq.
Kornfield, Paul & Nyberg, P.C.
1999 Harrison St. #2675
Oakland, CA 94612

Renee Watkins
Law Offices of Murray and Murray
19330 Stevens Creek Blvd. #100
Cupertino, CA 95014-2526

Alyson L. Huber, Esq.
Bartko, Zankel, Tarrant & Miller
900 Front Street, Suite 300
San Francisco, CA 94111

Stephen T. O'Neill
Law Offices of Murray and Murray
19400 Stevens Creek Bl. #200
Cupertino, CA 95014-2548

Kornfield, Paul & Nyberg, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669